## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In Re:                                   )          BK No.:   20-01118

Patricia D. McKay                        )

                                         )          Chapter: 13

                                         )          Honorable Carol A. Doyle

                                         )

                                         )

                    Debtor(s)            )


**ORDER EXTENDING TIME TO FILE A CLAIM ON BEHALF OF CREDITOR**

This matter coming before the court on the Debtor's motion to extend time for Debtor to file claim on behalf of Creditor; IT IS ORDERED:

The motion is GRANTED as follows:

1. The time for the Debtor to file an unsecured  proof of claim on behalf of Internal Revenue Service in the amount of $794.88 is extended until June 1, 2021.


Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  May 18, 2021

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625