UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   20-01118 |
| Patricia D. McKay | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER EXTENDING TIME TO FILE A CLAIM ON BEHALF OF CREDITOR

This cause coming to be heard on Motion of the Debtor to extend the time for Debtor to file an unsecured priority claim on behalf of Illinois Department of Revenue in the amount of $576.00,

IT IS ORDERED the motion is GRANTED as follows:

1. The time for the Debtor to file an unsecured priority proof of claim on behalf of Illinois Department of Revenue in the amount of $576.00 is extended to June 29, 2020.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  June 15, 2021

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625