**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 20 B 01118 |
| Patricia D. McKay, | ) | HON. Carol A. Doyle |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## NOTICE OF MOTION

TO:   M O Marshall, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, via electronic court notification;

Illinois Department of Employment Security, 33 S. State Street, Room 1029, Chicago, IL,60603, via certified mail;

See the attached Service List.

Please take notice that on July 20, 2021, at 9:30 a.m., I shall appear before the Honorable Judge Doyle or any judge sitting in her place, and present the motion to extend time for Debtor to file claim on behalf of Creditor, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **161 155 8289** and the password is **Doyle742**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that he served a copy of this notice and the attached motion, on each entity shown on the attached list at the address shown and by the method indicated on the list on July 6, 2021 via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

                                      /s/ *Steve Miljus*
                                      Attorney for Debtor

                                      The Semrad Law Firm, LLC
                                      20 S. Clark Street, 28th Floor
                                      Chicago, IL 60603
                                      (312) 913-0625
                                      smiljus@semradlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 20 B 01118 |
| Patricia D. McKay, | ) | HON. Carol A. Doyle |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

### MOTION TO EXTEND TIME TO FILE A CLAIM ON BEHALF OF CREDITOR

Patricia D. McKay, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and moves this Honorable Court to extend the time for Debtor to file a general unsecured claim on behalf of Illinois Department of Employment Security, and in support states as follows:

1. Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C on January 15, 2020.

2. On March 3, 2020, this Honorable Court entered an Order confirming Debtor's Chapter 13 Plan of reorganization.

3. Debtor has incurred pre-petition debt with Illinois Department of Employment Security in the amount of $576.00. Debtor would like to include the debt in the instant case.

4. Debtor respectfully requests this Honorable Court enter an Order extending the time for Debtor to file a general unsecured proof of claim on behalf of Illinois Department of Employment Security to August 3, 2021.

5. The foregoing constitutes sufficient grounds for this Court to enter an Order extending the time to file a general unsecured claim on behalf of Illinois Department of Employment Security.

6. Debtor has filed the instant case in good faith and is in a position to proceed.

The Debtor prays this Honorable Court for the following relief:

A. To extend the time for Debtor to file a proof of claim on behalf of Illinois Department of Employment Security to August 3, 2021;

B. For any and all other relief this Court deems fair and just.

Respectfully Submitted,

/s/ *Steve Miljus*
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625
smiljus@semradlaw.com